IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        No. 11-cr-30048-DRH

RAYMOND WOODS,

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant Raymond Woods' motion to continue the sentencing hearing (Doc. 36) currently set for November 18, 2011. Defendant and counsel indicate additional time is needed to prepare and discuss proper arguments to present to the Court at sentencing. For the reasons stated in the motion, the Court **GRANTS** the motion. The Court **CONTINUES** the sentencing hearing to Tuesday, December 13, 2011, at 10:30 a.m.

    **IT IS SO ORDERED.**

    Signed this 16th day of November, 2011.

Digitally signed by David R. Herndon
Date: 2011.11.16 12:24:36 -06'00'

**Chief Judge**
**United States District Court**